IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-24-CV-461-KC |
| § | |
| **SETTLE FAST MCA, LLC; LORI** § | |
| **BRENNAN; and JANE/JOHN DOE,** § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On this day, the Court considered United States Magistrate Judge Anne T. Berton's Report and Recommendation ("R&R"), ECF No. 22. On June 19, 2025, Plaintiff filed a Motion for Default Judgment ("Motion"), ECF No. 21. On December 12, the Motion was referred to Judge Berton. Dec. 12, 2025, Text Order.

Judge Berton filed the R&R on January 20, 2026, recommending that the Court grant Plaintiff's Motion. Parties have fourteen days from a service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

that they are neither clearly erroneous nor contrary to law.  *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 22, in its entirety, and **GRANTS** Plaintiff's Motion, ECF No. 21.

**IT IS FURTHER ORDERED** that **DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff Brandon Callier, and against Defendants Settle Fast MCA, LLC and Lori Brennan. Defendants **SHALL PAY** Plaintiff:

a. $3,000.00 in statutory damages for four violations of 47 U.S.C. § 227(c) pursuant to § 227(c)(5)(b); and

b. $20,000.00 in statutory damages for four violations of Texas Business and Commerce Code section 302.101 pursuant to section 302.302(a); and

c. $405.00 in costs of court.

In total, the Court **GRANTS** default judgment in favor of Plaintiff and against Defendants in the amount of $23,405.00.

**IT IS FURTHER ORDERED** that all monetary judgments awarded herein shall accrue post-judgment interest at the legal rate prescribed by 28 U.S.C. § 1961, calculated from the date of this Order.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED** this 6th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE